Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

George Manuel Sousa

        Debtor.

CASE NO. 15-11734-B-13F
DC NO.:  MHM-1

CHAPTER 13 PROCEEDING

DECLARATION  IN SUPPORT OF
MOTION TO DISMISS PURSUANT
TO 11 U.S.C. §1307

DATE:     July 9, 2015
TIME:     1:30 PM

PLACE    U.S. Courthouse
                Dept. B, Courtroom 12, 5th Floor
                2500 Tulare Street
                Fresno, Ca 93721

JUDGE:   Hon. W. Richard Lee

     I, Elizabeth Clark, employee of Michael H. Meyer, Chapter 13 Standing Trustee, declare as follows:

     1.  If called as a witness in this matter, I would testify from personal knowledge to the following.

     2. I am familiar with this office's intake of documents and procedures for documenting case notes.

     3. This motion is sought on grounds of unreasonable delay.

     4.  Debtor failed to appear at the duly scheduled 341 meeting of creditors on June 16, 2015 and such appearance was required.

/////

3

5. Debtor failed to provide the "Trustee Packet" which includes, but is not limited to, Class 1 Mortgage Checklist with payment coupon or last statement; 2014 State and Federal Tax Return; proof of all income, i.e., pay advices; profit and loss statements; rental income; unemployment compensation; social security income; disability; and retirement for the six months prior to filing.

6. On May 1, 2015, Trustee sent a letter to Debtor requesting documents so that the Trustee may audit the case prior to the meeting of the creditors scheduled for June 16, 2015.

7. The deadline for receiving the Trustee Packet was May 15, 2015.

8. Debtor's schedules are incomplete.

9. Debtor's plan was filed incomplete.

10. Debtor's 341 Meeting of Creditors has been continued to July 28, 2015.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on June 19, 2015, at Fresno, California.

/s/ Elizabeth Clark
Elizabeth Clark

4