# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | George Manuel Sousa | **Case No :** | 15–11734 – B – 13 |
| | | **Date :** | 06/25/2015 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [16] – Order to Show Cause – Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 6/25/2015 at 01:30 PM at Fresno Courtroom 12, Department B. (bres) |

| | | | |
|---|---|---|---|
| **Judge :** | W. Richard Lee | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing,

IT IS ORDERED that the case is dismissed.


Dated: Jun 25, 2015

_____
W. Richard Lee
United States Bankruptcy Judge